UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cassie Lee Sanders,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendants. | No. 1:26-cv-5056-GSA<br>ORDER STRIKING CERTIFIED ADMINISTRATIVE RECORD AND AMENDING BRIEFING SCHEDULE<br>(ECF No. 11) |

Having considered Defendant's Unopposed Motion to Strike the Certified Administrative Record, File a Corrected Certified Administrative Record, and Amend the Briefing Schedule, and good cause appearing, IT IS ORDERED that the Commissioner's Motion is granted.

The Certified Administrative Record (CAR) filed on September 28, 2026 (ECF no. 10) shall be **STRICKEN**. The Commissioner shall file a corrected CAR within 14 days of the date of this Order. Plaintiff shall have up to and including 30 days after the corrected CAR is filed to file an opening brief. The Commissioner shall file a responsive brief within 30 days after the date Plaintiff's opening brief is filed. Plaintiff may file a reply brief within 14 days of the date the responsive brief is filed.

IT IS SO ORDERED.

Dated: **October 15, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE